IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                              NO. 4:11CR00144 JLH

JIMMIE FAYE ADAMS                                                                              DEFENDANT

**ORDER**

Pending before the Court is the government's motion for modification of conditions of probation of defendant Jimmie Faye Adams and request for hearing. Document #29. The government has also requested that a summons be issued for defendant.

IT IS HEREBY ORDERED that a hearing on the government's motion to modify is scheduled to begin on **WEDNESDAY, SEPTEMBER 4, 2013, at 9:30 A.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.

The request for issuance of summons is granted. The Clerk of Court is directed to issue a summons for defendant **JIMMIE FAYE ADAMS** and deliver to the United States Marshal for service.

Assistant Federal Public Defender Kim Driggers is hereby appointed to represent defendant during revocation proceedings.

IT IS SO ORDERED this 22nd day of August, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE